UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

against

ISAAC ABERGEL,

Defendant.

CRIMINAL ACTION NO.: 20 Mag. 2386 (UA)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Monday, March 9, 2020 at 9:30 am**.

At the above date and time, Parties are directed to call Chambers at (212) 805-0214 jointly. All counsel who intend to speak during the call must use a landline or phone with equivalent quality.

Dated: New York, New York
March 3, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**