UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

ISAAC ABERGEL,

              Defendant.

CRIMINAL ACTION NO.: 20 MJ 2386

**TELEPHONE CONFERENCE**
**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Thursday, April 2, 2020 at 12:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            April 1, 2020

                                         SO ORDERED

                                         _____
                                         SARAH L. CAVE
                                         **United States Magistrate Judge**