```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :    20MAG2386 (UA)
     -against-                      :
                                    :    ORDER
Isaac Abergel                       :
                                    :
Defendant                           :
                                    :
------------------------------------X
```

Sarah L. Cave, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the condition stating the defendant must contact Pretrial Services daily via videoconference and remove the condition that he only be allowed to the use internet-connected devices only for communication with Pretrial Services, Defense Attorney, Family Members, Religious Advisers and Health care professionals

Dated: New York, New York
July 20, 2020

SO ORDERED:

*[signature]*
Sarah L. Cave
United States Magistrate Judge