# COMPLAINT/REMOVAL DISMISSAL
United States District Court
Southern District of New York

Mag. Dkt. No. _____    Date _____

USAO No. _____

The Government respectfully requests the Court to dismiss without prejudice the

_____Complaint    _____Removal Proceedings in

*United States v.* _____

The Complaint/Rule 40 Affidavit was filed on   _____

\_\_\_\_\_ *U.S. Marshals please withdraw warrant*

_____*Matthew J.C. Hellman*_____
ASSISTANT UNITED STATES ATTORNEY

_____
(Print name)

**SO ORDERED:**

DATE: \_April 1, 2021_____

_____
UNITED STATES MAGISTRATE JUDGE